ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 3:22-cv-00330-ART-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NO. 8]**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC, NewRez LLC d/b/a Shellpoint Mortgage Servicing, and Federal National Mortgage Association (**Fannie Mae**) hereby stipulate and agree that Shellpoint and Fannie Mae shall have an additional 30 days, up to and including **October 7, 2022**, to file their respective responses to SFR's amended complaint. Shellpoint's responsive pleading is currently due on September 7, 2022, and Fannie Mae's responsive pleading is currently due September 6, 2022. SFR filed its amended complaint on August 10, 2022. [ECF No. 8].

///

///

66074676;1

Good cause exists to grant the requested extension. Shellpoint and Fannie Mae request the extension due to their counsel's absence from the office September 1 through September 7, and due to the time required to obtain and review documents in order to fully evaluate SFR's claims.

This is the parties' first request for an extension of the responsive pleading deadline and is not intended to cause any delay or prejudice to any party.

DATED this 25th day of August, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Melanie D. Morgan* | */s/ Chantel M. Schimming* |
| ARIEL E. STERN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 9578 |
| MELANIE D. MORGAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 8515 | Nevada Bar No. 8886 |
| PAIGE L. MAGASTER, ESQ. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 15557 | Las Vegas, NV 89139 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for SFR Investments Pool 1, LLC* |
| | |
| *Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Federal National Mortgage Association* | |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
Case No. 3:22-cv-00330-ART-CLB

**DATED:** August 25, 2022

2