ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>                                  Plaintiff,<br><br>v.<br><br>NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                                  Defendants. | Case No. 3:22-cv-00330-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR EXTENSION OF TIME FOR FANNIE MAE TO RESPOND TO FIRST AMENDED COMPLAINT [ECF NO. 8]**<br><br>**(THIRD REQUEST)** |

SFR Investments Pool 1, LLC and Federal National Mortgage Association (**Fannie Mae**) hereby stipulate and agree that Fannie Mae shall have an additional 14 days, up to and including **October 28, 2022**, to file its responses to SFR's amended complaint. Fannie Mae's responsive pleading is currently due October 14, 2022. [ECF No. 15]. SFR filed its amended complaint on August 10, 2022. [ECF No. 8]. The original date for Fannie Mae to respond to SFR's amended complaint was September 7, 2022.

/ / /

66849619;1

Good cause exists to grant the requested two-week extension. Fannie Mae is under conservatorship with the Federal Finance Housing Agency (FHFA). Because Fannie Mae is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA. This necessitates additional time, and is good cause for the court to grant the requested extension.

This is Fannie Mae's third request for an extension of the responsive pleading deadline and is not intended to cause any delay or prejudice to any party.

DATED this 13th day of October, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Melanie D. Morgan*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8515<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing and Federal National Mortgage Association* | */s/ Karen Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

The Court grants the parties' requested extension of time for Fannie Mae to answer or respond to the complaint up to October 28, 2022. **However, no further extensions of time to answer or otherwise respond to the complaint will be granted.**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE COURT JUDGE**

**DATED:** October 14, 2022

66849619;1