# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 3:22-cv-00330-ART-CLB<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC ("SFR"), and Federal National Mortgage Association ("Fannie Mae"), hereby stipulate and agree that SFR shall have up to and including **December 29, 2022**, to file its response to Fannie Mae's motion to dismiss [ECF No. 18] which is currently due on November 14, 2022.

///

- 1 -

67313455;1

SFR seeks the extension because the motion to dismiss raises issues with regard to SFR's wrongful foreclosure claim that the parties have not previously briefed, and SFR requires additional time to adequately brief the issue. SFR's counsel also has a trial and Ninth Circuit argument that cuts into SFR's time, and thus SFR seeks 45 days so as to avoid having to ask for additional extensions.

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

| HANKS LAW GROUP | AKERMAN, LLP |
|---|---|
| */s/ Karen L. Hanks*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email:  chantel@hankslg.com<br>Email:  karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Paige Magaster*<br>Paige Magaster, Esq.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Telephone: (702) 634-5000<br>Email: paige.magaster@akerman.com<br><br>*Attorneys for NewRez, LLC dba Shellpoint Mortgage Servicing and Federal National Mortgage Association* |

**ORDER**

IT IS ORDERED:

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:  November 15, 2022

- 2 -

67313455;1