1

2

3

4

5

6

7

8

9

10

11                          **UNITED STATES DISTRICT COURT**

12                                **DISTRICT OF NEVADA**

13

14    SFR INVESTMENTS POOL 1, LLC,               Case No. 3:22-cv-00330-ART-CLB

15                           Plaintiff,

16    v.                                         **ORDER APPROVING**

17    NEWREZ     LLC    d/b/a   SHELLPOINT        **STIPULATION TO WITHDRAW**
      MORTGAGE      SERVICING;    FEDERAL         **MOTION TO DISMISS AMENDED**
18    NATIONAL   MORTGAGE  ASSOCIATION;           **COMPLAINT (ECF NO. 18)**
      DOES I through X; ROE BUSINESS ENTITIES
19    I through X, inclusive,

20                           Defendants.

21

22          Federal National Mortgage Association (**Fannie Mae**) and SFR Investments Pool 1, LLC

23    submit this stipulation and order to withdraw Fannie Mae's motion to dismiss SFR's amended

24    complaint filed October 28, 2022 as ECF No. 18.  Fannie Mae reserves the right to refile the motion

25    at a later date if necessary.

26    / / /

27    / / /

28    / / /

67891526;1

1

| DATED: December 21, 2022. | DATED: December 210, 2022. |
|---|---|
| **AKERMAN LLP** | **HANKS LAW GROUP** |
| */s/ Melanie D. Morgan* | */s/ Karen L. Hanks* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing* | KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

Anne R. Traum
United States District Court Judge

December 22, 2022
DATED

67891526;1